# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor :** __Debbie Elaine Duncan-Jones_____   **SS#** __XXX-XX-7833_____

**CoDebtor:** _____   **SS#** __XXX-XX-_____

**Address :** __7970 Abington Woods Avenue_____
__Arlington, TN 38002_____

**First Payment Date:** ___Within 30 days_____

**Plan Payment:**   Debtor(s) to pay $_____573.00_ weekly_____

**Payroll Deduction:** __Federal Express Corp._____   _____
__1790 Kirby Pkwy, STE 300_____   _____
__Memphis, TN 38138_____   _____

**( ) Direct pay because:**_____

**Administrative:**   Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE: (X)** Not included in plan   **( )** Included in plan

**CHILD SUPPORT :   Future support through plan to**:                           **MONTHLY PYMT**
_____   $_____
_____   $_____
**Child support arrearage:**
_____   $_____
_____   $_____
**PRIORITY CREDITORS:** _____   $_____
_____   $_____

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the Chapter 13 Trustee shall serve as the disbursing agent.

| | | |
|---|---|---|
| _____Greentree Servicing, LLC_____ ongoing payment begin___Feb.___, 2014 | $_1718.00_____ |
| Approximate arrearage $_8586.00__; interest___0___% | $__145.00_____ |
| _____ ongoing payment begin_____, 2014 | $_____ |
| Approximate arrearage $_____; interest_____% | $_____ |
| _____ ongoing payment begin_____, 2014 | $_____ |
| Approximate arrearage $_____; interest_____% | $_____ |

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| Santander | $___12625.00____ | 5___% | $___239.00____ |
| (2008 Nissan Altima 4D Sedan SE) | $_____ | ____% | $_____ |
| | $_____ | ____% | $_____ |
| Harn's & Harn's, LTD- Court Cost- Class I | $___378.00____ | 0___% | $___7.00____ |
| | $_____ | ____% | $_____ |
| Shelby County Trustee | $___426.00____ | 12___% | $___10.00____ |
| | $_____ | ____% | $_____ |
| Shelby County Trustee | $___8284.00____ | 12___% | $___185.00____ |
| | $_____ | ____% | $_____ |
| | $_____ | ____% | $_____ |
| | $_____ | ____% | $_____ |
| | $_____ | ____% | $_____ |
| | $_____ | ____% | $_____ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive__**TBD**__%
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $_____7730.00_____**
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**